UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LARRY RUMBOUGH,

    Plaintiff,

                                                Case No. 6:15-cv-869-Orl-41GJK

-v-

COURTESY TOYOTA; AUTONATION
IMPORTS OF WINTER PARK, INC.;
SOUTHEAST TOYOTA FINANCE; WORLD
OMNI FINANCIAL CORP.; EXPERIAN
INFORMATION SOLUTIONS, INC.,

    Defendants.

## PLAINTIFF'S NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

✓ IS NOT     related to any pending or closed civil or criminal case filed with this Court, Or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no late than fourteen days after appearance of the party.

Dated: September 3, 2015

Respectfully submitted,

*Larry Rumbough*

Larry Rumbough
840 Lilac Trace Lane
Orlando, FL 32828
321-331-1859