DEALER NAME AND NUMBER: _____

☐ Lease ☐ Retail

## STANDARD CREDIT APPLICATION

🅣 TOYOTA
Southeast Toyota Finance

Before completing this form please read the directions carefully. (Check appropriate box). Applicant, if married, may apply for a separate account.

☐ If you are applying for individual credit in your own name and relying on your own income or assets and not the income or assets of another person as a basis for the repayment of the credit requested, complete only Section A.
☐ If you are applying for joint credit with another person, sign where indicated and complete Sections A and B.
☐ If you are married and live in a community property state, please complete Section A about yourself and Section B about your spouse. You must sign this application. Your spouse must sign this application only if he/she wishes to be a co-applicant.
☐ If you are applying for business credit complete Section A. If you are applying for business credit with a co-applicant, complete Sections A and B.

**SECTION A — APPLICANT'S CREDIT INFORMATION**

FIRST NAME OR BUSINESS NAME: Pegasus Financing, Inc.
SS (TAX ID #): 7121613
PHONE: 407-281-7822

E-MAIL/ADDRESS: 12472 Lake Underhill Road, #227 Orlando Orange FL 32828

TRADE OR OCCUPATION: President
GROSS SALARY OR WAGES: $50,000

**SECTION B — THE OTHER PARTY'S CREDIT INFORMATION**

FIRST NAME: Larry  LAST: Rumbough
SS NO: 814510  DATE OF BIRTH: 62  1859

E-MAIL: @yahoo.com
ADDRESS: 840 Lilac Trace Lane Orlando Orange FL 32828  YEARS 4  MONTHS 3
LANDLORD OR MORTGAGE HOLDER NAME: Sherri Rumbough
MO. PAYMENT OR RENT: $1,000.00

EMPLOYED BY: State of Florida
TRADE OR OCCUPATION: mediator
GROSS SALARY OR WAGES: $40,000
YEARS 12  MONTHS 11  1859

I/we, the undersigned (1) make the above representations, which are certified correct, for the purpose of securing credit; (2) authorize financial institutions to obtain consumer credit reports on me/us periodically and to gather employment history as they consider necessary and appropriate; (3) authorize your affiliates to obtain credit reports on me/us; (4) authorize financial institutions, affiliates, and others to exchange credit, account and financial information about me; (5) agree that if I/we gave you an e-mail address or cellular telephone number as a means of contacting me/us, you and any assignee to whom you may assign my/our credit agreement are specifically authorized to use that information to contact me/us regarding any credit account that you open for me/us; and (6) understand that the creditor or any financial institution to whom this application is submitted will retain this application whether or not it is approved, and that it is my/our responsibility to notify the creditor of any changes of name, address or employment.

**FAIR CREDIT REPORTING ACT DISCLOSURE:** This application for credit may be submitted to various financial institution(s). Before this application is submitted, the name(s) and address(es) of the institution(s) that will receive copies of this application will be disclosed to me/us. CA, NY, OH, RI, VT AND WI RESIDENTS: SEE THE REVERSE SIDE OF THIS APPLICATION FOR FURTHER IMPORTANT DISCLOSURES AND INFORMATION.

X Larry Rumbough, President 5/31/10
APPLICANT'S SIGNATURE   DATE

CO-APPLICANT'S SIGNATURE MEANS YOU INTEND TO APPLY FOR JOINT CREDIT
X Larry Rumbough  5/31/10
CO-APPLICANT'S SIGNATURE   DATE

WOF 533 (11/07)

C/S# 2011

**EXHIBIT A**